# IN THE SUPREME COURT STATE OF NORTH DAKOTA

## 2019 ND 271

State of North Dakota,                                        Plaintiff and Appellee

    v.

John Allen Dubois, Jr.,                                       Defendant and Appellant

## No. 20190148

Appeal from the District Court of Ramsey County, Northeast Judicial District, the Honorable Donovan J. Foughty, Judge.

AFFIRMED.

Per Curiam.

Kari Agotness, Devils Lake, N.D., for plaintiff and appellee.

Kiara Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**State v. Dubois**
**No. 20190148**

**Per Curiam.**

[¶1]   John Dubois, Jr., appeals from the district court's order revoking his probation and the resulting criminal judgment. Dubois admitted to violating his probation conditions, and he does not dispute the district court's factual findings. Dubois argues that the district court abused its discretion in determining revocation was warranted. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Gerald W. VandeWalle, C.J.
        Jon J. Jensen
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte